UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWASAKI MOTORS CORP., USA, | Case No. SACV 14-506 RNB |
| Plaintiff, | ORDER TO SHOW CAUSE |
| vs. | |
| BURBANK KAWASAKI, INC., et al., | |
| Defendants. | |

     To date, no proof of service has been filed, and it therefore appears to the Court that the named defendants were not served within the 120-day period allowed for accomplishment of service of the summons and complaint under Federal Rule of Civil Procedure 4(m). By the Court's calculation, the service period expired here on August 1, 2014.

     Accordingly, pursuant to Rule 4(m) and Local Rule 41-1, plaintiff is ORDERED to show good cause, if there be any, why service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed by plaintiff's counsel under penalty of perjury, within fourteen (14) days of the service date of this Order. **If plaintiff does not timely file such a declaration**

1

**or if plaintiff fails to show good cause for its failure to timely serve, this action will be subject to dismissal without prejudice for failure to prosecute.** See Fed. R. Civ. P. 4(m); Local Rule 41-1; Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); see also Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

DATED: August 5, 2014

/s/ Robert N. Block

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE